UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>THE 357 CORP.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv11454 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

     Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including August 23, 2004.

Dated: July 29, 2004                  Respectfully submitted,

                                                Catherine M. Campbell
                                                BBO #549397629444
                                                Feinberg, Campbell & Zack, P.C.
                                                177 Milk Street
                                                Boston, MA 02109
                                                (617) 338-1976


                                                /s/ Catherine M. Campbell_____
                                                Attorney for Plaintiff

Certificate of Service

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Geoffrey P. Wermuth, Esq., Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, Two Seaport Lane, Boston, MA 02210.
.

|  |  |
|---|---|
|  | /s/Catherine M. Campbell |
| Date: July 29, 2004 | Catherine M. Campbell |