UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
)
Plaintiff, )
) C.A. No. 04cv11454 GAO
v. )
)
THE 357 CORP. )
)
Defendant. )
)

## ACCEPTANCE OF SERVICE

I am hereby authorized to accept service on behalf of The 357 Corp. in the case of Charles Langone, Fund Manager of New England Teamsters and Trucking Industry Pension Fund vs. The 357 Corp., pending in the United States District Court, District of Massachusetts, Case number 02cv11588 RCL. The Plaintiff waives service of a summons in such action. The date of service is July 6, 2004.

THE 357 CORP.
By its attorney,

_____ 7/8/04
Geoffrey P. Wermuth, Esq.
Murphy, Hesse, Toomey & Lehane, LLP
Two Seaport Lane
Boston, MA 02210