UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles Langone, as Fund Manager of the<br>New England Teamsters and Trucking Industry<br>Pension Fund,<br>    Plaintiff<br><br>v.<br><br>The 357 Corp. | CA CV No. 11454-GAO |

### Certification Pursuant To Local Rule 16.1

The Defendant, the 357 Corp., and its counsel hereby certify that we have conferred:

(a) with a view to establish a budget for the cost of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Geoffrey P. Wermuth, BBO #559681
Murphy, Hesse, Toomey & Lehane, LLP
World Trade Center East, 4th Fl.
2 Seaport Lane
Boston, MA 02210
(617) 479-5000

_____
John McCarthy, President
The 357 Corp.

December 20, 2004

### Certificate of Service

I, Geoffrey P. Wermuth, hereby certify that on this 20th day of December, 2004, I served a copy of the foregoing by first class mail, postage prepaid, on the following:

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk St., Suite 300
Boston, MA 02109

_____
Geoffrey P. Wermuth