UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER<br>of the NEW ENGLAND TEAMSTERS AND<br>TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE 357 CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04cv11454 GAO |

## <u>MOTION FOR ENTRY OF JUDGMENT</u>

On January 14, 2005, Plaintiff filed a Motion For Partial Summary Judgment On Count II of the Complaint.  No opposition has been filed by the Defendant.  Plaintiff requests that the court grant its motion and issue a Judgment and Order as requested in the Motion.  A draft Judgment and Order is attached hereto.

Dated:  June 7, 2005                              Respectfully submitted,


/s/Catherine M. Campbell
Catherine M. Campbell
BBO #549397
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


<u>Certificate of Service</u>

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Geoffrey P. Wermuth, Esq., Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, Two Seaport Lane, Boston, MA 02210.

/s/Catherine M. Campbell
Date: June 7, 2005                              Catherine M. Campbell