UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE 357 CORP.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv11454 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT AND ORDER**

Now, upon the Motion of the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Trucking Fund (hereinafter "the Fund") and Application for Attorneys Fees, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. Judgment shall enter for the Plaintiff in Count II of the Complaint filed in this Action.

2. Defendant is hereby ordered to provide the information requested in the Plaintiff's Withdrawal Liability Questionnaire within fourteen days of this order.

3. Plaintiff recover from Defendant the sum of $2,820.00.

_____　　　　_____
　　　Dated　　　　　　　　　　　　　　　　　Judge