**Detail Transaction File List**
**Feinberg, Campbell & Zack, P.C**.

Client: The 357 Corp.

| Trans Date | Hours | Amount | Description |
|---|---|---|---|
| 12/30/04 | 3.00 | $705.00 | Preparation of letter to arbitrator regarding discovery schedule; Preparation of Motion for Summary Judgment. |
| 1/10/05 | 5.50 | $1,292.50 | Preparation of Motion for Summary Judgment. |
| 1/11/05 | 2.25 | $528.75 | Edit of Motion for Summary Judgment; |
| 1/18/05 | 1.25 | $293.75 | Final edit of Motion for Summary Judgment |
| **TOTAL** | **12.0** | **$2,820.00** | |