UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE 357 CORP.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv11454 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Now comes the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund (hereinafter the "Pension Fund"), who moves to amend his complaint pursuant to F.R.C.P. 15 and submits the attached First Amended Complaint for filing. This is an action for the collection of withdrawal liability pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*, as amended by the Multi-Employer Pension Plan Amendments Act, 29 U.S.C. §1381 *et seq*. In support of this motion, Plaintiff relies upon the attached Memorandum of Law and Rule 15(a) certification.

Dated: July 8, 2005

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA   02109
(617) 338-1976

<u>Certificate of Service</u>

     I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Geoffrey P. Wermuth, Esq., Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, Two Seaport Lane, Boston, MA 02210.

                                           <u>/S/ Catherine M. Campbell</u>
                                           Catherine M. Campbell

Date: July 8, 2005