UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>THE 357 CORP.; THE TRANS-LEASE GROUP, INC.; FAIRLANE ACCEPTANCE COMPANY; WESTWOOD CARTAGE, INC.; LABOR PLUS, INC. aka THE TRANS-LEASE GROUP, INC. ; ATLAS PERSONNEL, INC. aka THE TRANS-LEASE GROUP, INC.; ATLAS TRUCK LEASING, INC.<br>    Defendants. | C.A. No. 04cv11454 GAO |

## ACCEPTANCE OF SERVICE

I am hereby authorized to accept service of the First Amended Complaint on behalf of The 357 Corp., The trans-Lease Group, Inc., Fairlane Acceptance Company, westwood Cartage, Inc., Labor Plus,Inc. aka The Trans-Lease Group, Inc., Atlas Personnel, Inc. aka The Trans-Lease Group, Inc. and Atlas Truck Leasing, Inc. in the case of <u>Charles Langone, as Fund Manager of New England Teamsters and Trucking Industry Pension Fund vs. The 357 Corp, et al.</u> pending in the United States District Court, District of Massachusetts, Case No. 04-11454 GAO. The Plaintiff waives service of a summons in such action. The date of service is July 20, 2005.

Dated: July 28, 2005                     THE 357 CORP.
                                            By its attorney,

                                            <u>/S/ Geoffrey P. Wermuth</u>
                                            Geoffrey P. Wermuth, Esq.
                                            Murphy, Hesse, Toomey & Lehane, LLP
                                            Two Seaport Lane
                                            Boston, MA 02210