UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND, )
                                          )
        Plaintiff,     )
                                          )         C.A. No. 04cv11454 GAO
v.                                 )
                                          )
THE 357 CORP.                   )
                                          )
        Defendant.    )
                                          )

## JUDGMENT AND ORDER

Now, upon the Motion of the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Trucking Fund (hereinafter "the Fund") and Application for Attorneys Fees, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. *a separate* Judgment *pursuant to Fed.R.Civ.P. 54(b)* shall enter for the Plaintiff in Count II of the Complaint filed in this Action.

2. Defendant is hereby ordered to provide the information requested in the Plaintiff's Withdrawal Liability Questionnaire within fourteen days of this order.

3. Plaintiff recover from Defendant the sum of $2,820.00.

_9/16/05_                               _/s/ [signature]_
Dated                                          Judge