UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>            Plaintiff,<br><br>v.<br><br>THE 357 CORP.; THE TRANS-LEASE GROUP, INC.; FAIRLANE ACCEPTANCE COMPANY; WESTWOOD CARTAGE, INC.; LABOR PLUS, INC. aka THE TRANS-LEASE GROUP, INC. ; ATLAS PERSONNEL, INC. aka THE TRANS-LEASE GROUP, INC.; ATLAS TRUCK LEASING, INC.<br><br>            Defendants. | C.A. No. 04cv11454 GAO |

## **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Now comes the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund (hereinafter the "Pension Fund"), who moves to file the Second Amended Complaint attached hereto pursuant to F.R.C.P. 15. This is an action for the collection of withdrawal liability pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*, as amended by the Multi-Employer Pension Plan Amendments Act, 29 U.S.C. §1381 *et seq*. In support of this motion, Plaintiff relies upon the attached Memorandum of Law and Rule 15(a) certification.

Dated: November 28, 2005                    Respectfully submitted,

                                            For the Plaintiff,
                                            CHARLES LANGONE, FUND MANAGER,
                                            By his Attorney,

                                            /S/ Catherine M. Campbell
                                            Catherine M. Campbell
                                            BBO #549397
                                            Feinberg, Campbell & Zack, P.C.
                                            177 Milk Street
                                            Boston, MA   02109
                                            (617) 338-1976

## Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the Motion for Leave to File Second Amended Complaint and Memorandum in Support of Motion for Leave to File Second Amended Complaint foregoing to be mailed on November 14, 2005 by U.S. first-class mail to Geoffrey P. Wermuth, Esq., Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, Two Seaport Lane, Boston, MA 02210, John McCarthy, President of National Traffic Systems, Inc., McCarthy Industries, Inc., Archon Co., Inc., and Warehouse Transport, Inc., 62 Everett Street, Westwood, MA 02090 and Thomas W. DiSilva, President of The Webster Corp., 20 A Street, P.O. Box 388, Burlington, MA 01803.

                                            /S/ Catherine M. Campbell
                                            Catherine M. Campbell
Date: November 28, 2005