UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE 357 CORP.; THE TRANS-LEASE GROUP, INC.; FAIRLANE ACCEPTANCE COMPANY; WESTWOOD CARTAGE, INC.; LABOR PLUS, INC. aka THE TRANS-LEASE GROUP, INC. ; ATLAS PERSONNEL, INC. aka THE TRANS-LEASE GROUP, INC.; ATLAS TRUCK LEASING, INC.<br><br>Defendants. | C.A. No. 04cv11454 GAO |

**CERTIFICATE OF LOCAL RULE 15.1 COMPLIANCE**

I, Catherine M. Campbell, counsel for Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund hereby certify that I served the Motion For Leave To File Second Amended Complaint upon Geoffrey P. Wermuth, Esq., counsel for defendants, John McCarthy, President of National Traffic Systems, Inc., McCarthy Industries, Inc., Archon Co., Inc., and Warehouse Transport, Inc. and Thomas DiSilva, President of The Webster Corp. This motion was served on November 14, 2005, more than ten (10) days prior to the filing date as required by Local Rules.

| | |
|---|---|
| Dated: November 28, 2005 | Respectfully submitted,<br>For the Plaintiff,<br>CHARLES LANGONE, FUND MANAGER,<br>By his Attorney,<br><br>/S/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 |