UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>     Plaintiff,<br><br>     v.<br><br>THE 357 CORP.; THE TRANS-LEASE GROUP, INC.; FAIRLANE ACCEPTANCE COMPANY; WESTWOOD CARTAGE, INC.; LABOR PLUS, INC. aka THE TRANS-LEASE GROUP, INC. ATLAS PERSONNEL, INC. aka THE TRANS-LEASE GROUP, INC.; ATLAS TRUCK LEASING, INC.;<br><br>     Defendants. | Civ. A. No. 04 11454-GAO |

**ASSENTED TO MOTION FOR EXTENSION OF THE WEBSTER CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

  The Webster Corporation ("Webster") hereby moves to extend the time within which it may oppose Plaintiff's Motion for Leave to file his Second Amended Complaint up to and including December 21, 2005. As grounds for this Motion, Webster states that additional time is necessary in order for it to conduct a complete analysis of the Plaintiff's factual allegations and legal theories. Webster further states that this Motion is the first request for an extension and the extension, if granted, will not affect any deadlines of court or prejudice any party. Counsel for the plaintiff has assented to the requested extension.

- 1 -

- 2 -

WHEREFORE, The Webster Corp. respectfully requests that the date by which it must oppose Plaintiff's Motion for Leave to file his Second Amended Complaint be extended up to and including December 21, 2005.

        THE WEBSTER CORPORATION
        By its attorney,


        /s/ __Neil Jacobs_____ ____
        Neil Jacobs  (BBO #249300)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

Dated:  December 9, 2005


**CERTIFICATE OF SERVICE**

    I, Neil Jacobs, hereby certify that I caused a true and accurate copy of the above document and the Notice of Special Appearance to be mailed by U.S. first-class mail to Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109, and Geoffrey P. Wermuth, Esq, Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, Two Seaport Lane, Boston, MA  02210 on this 9th day of December, 2005.

        /s/ __Neil Jacobs____
        Neil Jacobs