# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>       Plaintiff,<br><br>     v.<br><br>THE 357 CORP.; THE TRANS-LEASE GROUP, INC.; FAIRLANE ACCEPTANCE COMPANY; WESTWOOD CARTAGE, INC.; LABOR PLUS, INC. aka THE TRANS-LEASE GROUP, INC. ATLAS PERSONNEL, INC. aka THE TRANS-LEASE GROUP, INC.; ATLAS TRUCK LEASING, INC.;<br><br>       Defendants. | Civ. A. No. 04 11454-GAO |

## NOTICE OF SPECIAL APPEARANCE

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP hereby enters its appearance on behalf of The Webster Corporation in the above-captioned action for the limited purpose of answering Plaintiff's Motion for Leave to file his Second Amended Complaint pursuant to Fed. R. Civ. P. 15, and hereby requests that copies of all papers in this action be served upon the undersigned.

            /s/   Neil Jacobs_____
            Neil Jacobs  (BBO #249300)
            Wilmer Cutler Pickering Hale and Dorr LLP
            60 State Street
            Boston, Massachusetts 02109
            (617) 526-6000

Dated: December 9, 2005

US1DOCS 5417513v1