UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE 357 CORP.; THE TRANS-LEASE GROUP, INC.; FAIRLANE ACCEPTANCE COMPANY; WESTWOOD CARTAGE, INC.; LABOR PLUS, INC. aka THE TRANS-LEASE GROUP, INC. ; ATLAS PERSONNEL, INC. aka THE TRANS-LEASE GROUP, INC.; ATLAS TRUCK LEASING, INC.; NATIONAL TRAFFIC SYSTEMS, INC. ; MCCARTHY INDUSTRIES, INC.; ARCHON CO., INC.; WAREHOUSE TRANSPORT, INC.,THE WEBSTER CORP.<br><br>Defendants. | C.A. No. 04cv11454 GAO |

### MOTION FOR LEAVE TO FILE A REPLY TO WEBSTER CORPORATIONS'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff received the Opposition of Webster Corporation ("Webster") to Plaintiff's Motion for Leave to File a Second Amended Complaint on December 21, 2005.  Plaintiff requests leave to file a reply to the opposition no later than January 6, 2006.

Pursuant to Local Rule 7.1, the undersigned has informed Webster's counsel of this motion.  However, as Mr. Jacobs is out of the office this week, he will not have an opportunity to speak to Defendant Webster until after the New Year holiday.

Dated:  December 28, 2005              Respectfully submitted,

                                                        Catherine M. Campbell
                                                       BBO #549397
                                                       FEINBERG, CAMPBELL & ZACK, P.C.
                                                       177 Milk Street, Suite 300
                                                       Boston, MA 02109
                                                       (617) 338-1976

                                                       /S/ Catherine M. Campbell
                                                       Attorney for plaintiff,
                                                       Charles Langone

<u>Certificate of Service</u>

     I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed on this day by U.S. first-class mail to Geoffrey P. Wermuth, Esq., Murphy, Hesse, Toomey & Lehane, LLP, World Trade Center East, Two Seaport Lane, Boston, MA 02210, John McCarthy, President of National Traffic Systems, Inc., McCarthy Industries, Inc., Archon Co., Inc., and Warehouse Transport, Inc., 62 Everett Street, Westwood, MA 02090 and Neil Jacobs, Esq. Wilmer Cutler Pickering Hale & Dorr LLP, 60 State Street, Boston, MA 02109.


                                                       /S/ Catherine M. Campbell
Date:  December 28, 2005                    Catherine M. Campbell