## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER
of the NEW ENGLAND TEAMSTERS AND
TRUCKING INDUSTRY PENSION FUND,

               Plaintiff,

            v.

THE 357 CORP.; THE TRANS-LEASE GROUP,
INC.; FAIRLANE ACCEPTANCE COMPANY;
WESTWOOD CARTAGE, INC.; LABOR PLUS,
INC. aka THE TRANS-LEASE GROUP, INC.
ATLAS PERSONNEL, INC. aka THE TRANS-
LEASE GROUP, INC.; ATLAS TRUCK
LEASING, INC.;

              Defendants.

C. A. No. 04 11454-GAO

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE AND PROPOSED
## ORDER

Plaintiff, Defendants, and The Webster Corporation have resolved the above-
captioned lawsuit filed by Plaintiff against Defendants (and attempting to add the
Webster Corporation as a defendant) pursuant to a Settlement Agreement and hereby
request that this Court dismiss the above-captioned lawsuit with prejudice, with each
Party to bear its own costs and attorneys' fees.

/s/ Catherine M. Campbell
Catherine M. Campbell (BBO # 549397)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109

*Counsel for Plaintiff*

/s/Geoffrey P. Wermuth

Geoffrey P. Wermuth (BBO # 559681)
Murphy, Hesse, Toomey & Lehane, LLP
World Trade Center East, 4th Fl.
2 Seaport Lane
Boston, MA 02210

*Counsel for Defendants*

/s/Neil Jacobs
Neil Jacobs (BBO # 249300)
Stephanie Smith (BBO # 660572)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

*Counsel for The Webster Corporation*

Dated: November 17, 2006